**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   OWB REO, LLC,                                    No. C 12-03744 WHA
11              Plaintiff,
12      v.                                            **ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION AND**
13   PETER HOSKING,                                   **REMANDING**
14              Defendant.
15   _____/
16          The Court is in receipt of the report and recommendation of remand by Magistrate Judge
17   Nathanael Cousins (Dkt. No. 10).  Having reviewed the magistrate judge's report and
18   recommendation, and because no objections were filed, this order **ACCEPTS** and **ADOPTS** the
19   report and recommendation in full.  The action is hereby **REMANDED TO THE SUPERIOR COURT**
20   **OF CALIFORNIA, COUNTY OF ALAMEDA**.
21
22          **IT IS SO ORDERED.**
23
24   Dated: October 2, 2012.
25                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
26
27
28