IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OWB REO, LLC,

    Plaintiff,

v.

PETER HOSKING,

    Defendant.

No. C 12-03744 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING**

The Court is in receipt of the report and recommendation of remand by Magistrate Judge Nathanael Cousins (Dkt. No. 10). Having reviewed the magistrate judge's report and recommendation, and because no objections were filed, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. The action is hereby **REMANDED TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**.

**IT IS SO ORDERED.**

Dated: October 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE